**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 203 MAL 2021

           Respondent                :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

           v.                       :

                                   :

TIMOTHY POUGH,                  :

               Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.